**DiSABATO & BOUCKENOOGHE LLC**
Lisa R. Bouckenooghe, Esq.
4 Hilltop Road
Mendham, New Jersey 07945
Tel.: 973.813.2525
Fax: 973.900.8445
lbouckenooghe@disabatolaw.com
*Attorneys for Plaintiff Mitchell Rait*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITCHELL RAIT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELRAC LLC, d/b/a ENTERPRISE RENT-A-CAR and HIGHWAY TOLL ADMINISTRATION, LLC,<br><br>Defendants. | Civil Action No. 2:16-cv-08138-MCA-MAH<br><br>**JOINT STIPLUATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) AS TO COUNTS TWO, THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Mitchell Rait ("Plaintiff") and Defendant ELRAC LLC, d/b/a Enterprise Rent-a-Car ("Enterprise") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Counts Two, Three and Four of Plaintiff's First Amended Complaint be and hereby are

dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

| | |
|---|---|
| **DiSABATO & BOUCKENOOGHE LLC** | **MCCARTER & ENGLISH, LLP** |
| */s* Lisa R. Bouckenooghe | */s* Zane C. Riester |
| Lisa R. Bouckenooghe, Esq. | Zane C. Riester, Esq. |
| 4 Hilltop Road | A Member of the Firm |
| Mendham, New Jersey 0794 | Four Gateway Center |
| Telephone: 973.813.2525 | 100 Mulberry Street |
| Email: lbouckenooghe@disabatolaw.com | Newark, New Jersey 07102 |
| | Telephone: (973) 622-4444 |
| | Email: zriester@mccarter.com |
| Attorneys for Plaintiff | Attorneys for Defendant |